IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05CV820-VPM [WO] |
| ICA, INC., D/B/A INSURANCE CLAIMS ADJUSTERS, ) ) ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On 28 July 2006, the plaintiff filed a Motion For Leave to Take Certain Depositions Out of Time (Doc. # 25). The defendant does not object to the motion, and the parties' deadline for filing their dispositive motions is 8 December 2006 ( See Doc. # 12). Accordingly, it is

ORDERED that the motion is GRANTED. The parties shall complete the depositions of Troy Brown, Chuck Brown, and ICA's corporate representative before 30 September 2006.

DONE this 1st day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE