IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05CV820-VPM [WO] |
| ICA, INC., D/B/A INSURANCE CLAIMS ADJUSTERS, | ) ) ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On 4 August 2006, the defendant filed a Motion For Leave of Court to take depositions out of time (Doc. # 27). The plaintiff does not object to the motion, and the parties' deadline for filing their dispositive motions is 8 December 2006 ( See Doc. # 12). Accordingly, it is

ORDERED that the motion is GRANTED. The parties shall complete the depositions of Ray Stone, the plaintiff's corporate representative, and Carol Heffler on or before 30 September 2006.

DONE this 9th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE